In the Matter of LIZZIE JACKSON, Petitioner, v. GEORGE K. WYMAN, as Commissioner of Social Services, Respondent.—

Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.